UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO TELEPHONE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAN JUAN CABLE LLC d/b/a ONELINK COMMUNICATIONS, <br><br> Defendant. | Civil No. 11-2135 (GAG) |

**DEFENDANT'S MOTION FOR RECONSIDERATION
OF ORDER REGARDING BRIEFING SCHEDULE**

TO THE HONORABLE COURT:

COMES NOW Defendant San Juan Cable LLC ("OneLink"), and through its undersigned counsel, hereby requests this Court to reconsider its December 19, 2011 order (Docket No. 14) insofar as it set the Sunday, March 4, 2012 date for reply papers, and to have such date modified to the March 16, 2012 date for reply papers that had been agreed upon by counsel for both sides, for the following reasons:

1.      On December 16, 2011, following the filing that day by plaintiff Puerto Rico Telephone Company, Inc. ("PRTC") of an Amended Complaint in this antitrust action, defendant OneLink filed a consented motion to extend its time to answer, move or otherwise respond to the Amended Complaint, and to enter an agreed-upon briefing schedule for any motion filed in response to the Amended Complaint. The schedule that counsel for PRTC and OneLink agreed to was designed in order to take into account various attorney and party obligations and scheduling issues for both sides.

2.	The schedule that counsel agreed upon was as follows:

January 24, 2012:	OneLink shall answer, move or otherwise respond to the Amended Complaint.

February 24, 2012:	PRTC shall file its opposition to Defendant's motion, if any.

March 16, 2012:	OneLink shall file its reply to PRTC's opposition, if any.

3.	On December 19, 2011, the Court entered an order (Docket No. 14) granting the motion and setting forth the same dates that counsel had agreed upon for the opening and opposition motion papers. Unfortunately, the December 19 Order set the date for filing reply papers as <u>Sunday</u>, March 4, 2012, rather than the Friday, March 16, 2012 date that counsel for both sides had agreed upon.

4.	In view of the seeming unlikelihood that the Court consciously intended to require reply papers to be filed on a Sunday, together with the fact that the specified date for reply papers significantly shortened the time period for reply papers that both sides had agreed upon, OneLink respectfully seeks reconsideration of the March 4, 2012 date specified in the Court's December 19, 2011 order, so that the order be modified to set the date for reply papers at Friday, March 16, 2012.

WHEREFORE, OneLink respectfully requests that its Motion be granted, and Friday, March 16, 2012, be set as the date for reply papers to be filed.

RESPECTFULLY SUBMITTED, in San Juan, PR, on December 21, 2011.

WE HEREBY CERTIFY that, on this same date, a copy of the foregoing was filed electronically with the Clerk of the Court by means of the CM/ECF System, which will provide notice to all counsel of record in this case.

| | |
|---|---|
| Pedro A. Delgado-Hernández<br>Salvador J. Antonetti-Stutts<br>Mauricio O. Muñiz<br><br>**O'NEILL & BORGES**<br>American International Plaza<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, Puerto Rico 00918-1813<br>Tel.:  (787) 764-8181<br>Fax:  (787) 753-8944<br>pedro.delgado@oneillborges.com<br>salvador.antonetti@oneillborges.com<br>mauricio.muniz@oneillborges.com<br><br>*Counsel to Plaintiff San Juan Cable LLC*<br>*d/b/a OneLink Communications* | s/Salvador J. Antonetti-Stutts<br>Salvador J. Antonetti-Stutts<br>USDC-PR 215002<br><br>s/Mauricio O. Muñiz-Luciano<br>Mauricio O. Muñiz-Luciano<br>USDC-PR 220914 |