UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO TELEPHONE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAN JUAN CABLE LLC d/b/a ONELINK COMMUNICATIONS, <br><br> Defendant. | Civil No. 11-2135 (GAG) |

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

TO THE HONORABLE COURT:

COMES NOW Defendant San Juan Cable LLC d/b/a OneLink Communications ("Onelink"), and through its undersigned attorneys, states and requests:

1. On January 24, 2012, moved to dismiss Plaintiff's amended complaint in this action. (Dkt. No. 22.) That motion has now been fully briefed (see Dkt. Nos. 23, 25).

2. OneLink respectfully gives notice to the Court that new authority was issued after the close of briefing on OneLink's motion to dismiss which is relevant to certain issues raised in that motion.

3. On March 28, 2012, the United States District Court for the Northern District of Illinois issued an opinion in Rubloff Devel. Group, Inc. v. Supervalu, Inc., No. 10 C 3917 (copy of slip opinion attached).

4. OneLink respectfully directs the Court's attention to the discussion on page 16 of the slip opinion, in regard to the argument made by OneLink on page 18 of its January 24, 2012 Motion to Dismiss Plaintiff's Amended Complaint, and Memorandum of Law in Support

Case 3:11-cv-02135-GAG   Document 27   Filed 03/29/12   Page 2 of 2

Thereof [Dkt. No. 22], concerning the import of Justice Stevens' separate opinion in <u>Prof'l Real Estate Investors, Inc.</u> v. <u>Columbia Pictures Indus.</u>, 508 U.S. 49 (1993).

WHEREFORE, OneLink respectfully requests that this Honorable Court take notice of the supplemental authority cited herein.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on March 29, 2012.

WE HEREBY CERTIFY that, on this same date, a copy of the foregoing was filed electronically with the Clerk of the Court by means of the CM/ECF System, which will provide notice to all counsel of record in this case.

| | |
|---|---|
| Pedro A. Delgado Hernandez<br>Salvador J. Antonetti-Stutts<br>Mauricio O. Muñiz-Luciano<br>O'NEILL & BORGES<br>American International Plaza<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, Puerto Rico 00918-1813<br>Tel. (787) 764-8181<br>Fax (787) 753-8944<br>pedro.delgado@oneillborges.com<br>salvador.antonetti@oneillborges.com<br>mauricio.muniz@oneillborges.com<br>*Counsel to Defendant San Juan Cable LLC*<br>*d/b/a OneLink Communications* | s/Salvador J. Antonetti-Stutts<br>Salvador J. Antonetti-Stutts<br>USDC-PR 215002<br><br>s/Mauricio O. Muñiz-Luciano<br>Mauricio O. Muñiz-Luciano<br>USDC-PR 220914 |

OF COUNSEL:

| | |
|---|---|
| Dana Frix<br>David H. Evans<br>CHADBOURNE & PARKE LLP<br>1200 New Hampshire Ave., NW<br>Washington, DC  20036<br>Tel. (202) 974-5600<br>Fax (202) 974-5602<br>dfrix@chadbourne.com<br>devans@chadbourne.com | Robert A. Schwinger<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Tel. (212) 408-5100<br>Fax (212) 541-5369<br>rschwinger@chadbourne.com |