IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO TELEPHONE COMPANY, INC., <br><br>　　*Plaintiff*, <br><br>　　　　v. <br><br> SAN JUAN CABLE LLC d/b/a ONELINK COMMUNICATIONS, <br><br>　　*Defendant*. | Civil No. 3:11-cv-02135-GAG |

## NOTICE OF FIRM NAME CHANGE

　　Counsel for Plaintiff, Patrick J. Pascarella and Dylan M. Carson, hereby give notice that their law firm has changed its name to Tucker Ellis LLP and respectfully requests that this change be duly noted by the court clerk and counsel for defendant.

　　RESPECTFULLY SUBMITTED.

　　In San Juan, PR this 10th day of April 2012.

　　Attorneys for: Puerto Rico Telephone Company, Inc.

Patrick J. Pascarella
Tucker Ellis LLP
925 Euclid Ave., Suite 1150
Cleveland, Ohio 44115
Tel.: 216-592-5000 / Fax: 216-592-5009
Email: patrick.pascarella@tuckerellis.com

Dylan M. Carson
Tucker Ellis LLP
4600 S. Ulster St., Suite 1325
Denver, CO 80237
Tel.: 720-897-4400 / Fax: 720-222-5242
Email: dylan.carson@tuckerellis.com

　s/ *Ricardo L. Ortiz-Colón*
Ricardo L. Ortiz-Colón
USDC-PR No. 205510
Email: rortiz@fgrlaw.com
Luis A. Oliver
USDC-PR No. 209204
Email: loliver@fgrlaw.com
Fiddler González & Rodríguez, P.S.C
PO Box 363507
San Juan, PR 00936-3507
Tel.: 787-759-3258 / Fax: 787-250-7545