# Exhibit A

CHADBOURNE
& PARKE LLP

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATIONS**
**ATTORNEY WORK PRODUCT**

**LITIGATION HOLD NOTICE / DOCUMENT PRESERVATION ORDER**

**To** OneLink Management Team

**From** Dana Frix & David H. Evans

**Date** December 8, 2011

**Re** Retention and Preservation of Documents:
*Puerto Rico Telephone Company, Inc. v. San Juan Cable LLC d/b/a OneLink Communications*, No. 11-2135

---

As you know, OneLink has been named as a defendant in a lawsuit filed by Puerto Rico Telephone Company, Inc. ("PRTC") in the U.S. District Court for the District of Puerto Rico. The filing of this lawsuit requires OneLink to take certain steps to preserve documents, electronic materials and other evidence that might be relevant to the lawsuit. The purpose of this memorandum is to describe the steps that need to be taken to preserve these materials. OneLink's management team should review it as soon as possible and then distribute it to all department heads or other supervisors with instructions to notify all employees who report to them of these requirements. If you, or they, have any questions, please contact us promptly.

PRTC's lawsuit claims that OneLink engaged in anticompetitive behavior in violation of Federal and Puerto Rico antitrust laws through the use of litigation and other processes to delay PRTC's entry into alleged markets for video services (i.e., land-based and satellite-based), stand-alone two-way interactive or "premium" video services, and integrated bundles of voice, Internet access and video service. PRTC alleges that OneLink attempted to, or actually did, engage in monopolization with respect these to alleged markets, causing injury to competition and PRTC.

As a result of the filing of this lawsuit, all OneLink directors, officers and employees who maintain relevant records must take immediate steps to identify and preserve all potentially relevant evidence until the matter is finally resolved. OneLink must also immediately suspend any document retention/destruction policy relating to OneLink's files and put in place a "Litigation Hold" to ensure the preservation of relevant documents and electronic data. These requirements apply to documents of every kind, whether in electronic form or hard copy.

## I. Documents to be Preserved

Pursuant to this Litigation Hold, any document that may relate to the subject of the litigation must be preserved. The term "document" has the broadest meaning and includes any item that contains information, whether in hard-copy or electronic form. Documents include, but are not limited to, any of the following: originals and copies (whether identical or not), correspondence, memoranda, notes, desk calendars, diaries, statistics, letters, contracts, reports, spreadsheets, PowerPoint presentations, word processing, telegrams, minutes, studies, checks, purchase orders, invoices, statements, receipts, returns, summaries, pamphlets, books, external and interoffice communications, offers, notations of any sort of conversations, telephone calls or other communications, photographs, computer printouts, facsimile, all drafts, alterations,

modifications, changes and amendments of any of the foregoing, tapes, tape recording transcripts, graphic or aural records, and electronic, mechanical or electric records or representations of any kind.

Documents must be preserved and maintained in their current form; that is, no changes of any kind may be made to them. This is particularly important as to electronic documents.

Accordingly, until further notice, please preserve and do not destroy documents that relate to PRTC and its affiliates including, but not limited to:

- All files relating to OneLink's activities with regard to PRTC's franchise application before the Telecommunications Regulatory Board (the "Board").

- All documents that refer or relate to litigation filed by OneLink against the Board, or PRTC or its affiliates.

- All documents that refer or relate to filings or other activities before the Board, or communications with the Board (including any personnel working for the Board), relating to the franchise applications by PRTC or its affiliates.

- All documents that refer or relate to communications with any third party, including other cable companies or video service providers, regarding PRTC or its affiliates.

- All documents that refer or relate to competition as to, or the provision of, video services or bundled services (i.e., voice, data, and/or video) in Puerto Rico (satellite and wireline) and any providers of those services, including documents that refer or relate to OneLink's business plans, competitive analyses, market share data, costs, prices, revenue, profits, advertising, marketing, program offerings, customer contracts, and network and technology investments for the past 4 years.

**If you have any question about whether a document is relevant to the litigation, retain it.**

## II. <u>Electronic Data to be Preserved</u>:

Pursuant to this Litigation Hold, any electronic data in your possession, custody or control that may relate to the litigation must be preserved. Such data may be kept on computer systems, servers, network systems, shared network files, computer hard drives, laptops, DVDs, CD-ROMs, floppy disks, thumb drives, handheld or pocket computers, smartphones, PDAs, Blackberries and similar devices, archives, back-up tapes or disaster recovery tapes. The following types of electronic data should not be deleted or modified in any way, including any metadata or embedded information:

- All electronic mail and text messages and information about electronic mail and text messages (including message contents, attachments, header information and logs of electronic mail systems (usage));

- All word processing files and fragments;
- All files and file fragments containing information from electronic calendars and scheduling programs;
- All electronic data files and file fragments created or used by electronic spreadsheet programs;
- All electronic data files and file fragments created or used by electronic presentation programs;
- All electronic data files or file fragments created or used by graphic, animation or image programs;
- All electronic data created by application programs which process financial, accounting and billing information, all electronic data files and file fragments;
- All electronic "metadata" – that is, electronic data about other electronic data, such as the date and time the electronic data was created, edited, viewed, or deleted, and the identity of people who interacted with the electronic data in these ways;
- All audio, video, A-V recordings, and voicemail;
- All databases (including all records and fields and structural information in such databases); and
- All other electronic data.

No information should be destroyed that pertains in any way to the litigation.

**III. Evidence Created Subsequent to this Letter**

With regard to electronic data and documents created subsequent to the date of delivery of this letter, relevant evidence should be preserved and not destroyed, and whatever steps are appropriate to avoid destruction of this evidence should be taken.

Accordingly, the deletion, overwriting, or any other possible destruction of documents and/or electronic information (including any automated purging of documents or e-mails, and any recycling of backup media) must be immediately suspended. OneLink should determine who may possess relevant documents and/or electronic information relating to the litigation, and instruct them to retain those documents and/or electronic information.

**IV. Consequences for Failure to Comply**

The responsibility to preserve information in connection with litigation should be taken very seriously. Failure to preserve evidence can have dire consequences, including significant evidentiary and money sanctions being imposed, and a loss of the evidence for use in the defense of this matter.

**V. Confidentiality / Limited "Need-to-Know"**

**IMPORTANT**: To preserve the confidentiality of OneLink's information and our ability to represent the company, please do not discuss this case matter with anyone – including others inside the company – except as necessary to fulfill this document preservation notice. If you are contacted by anyone from outside the company regarding this matter, please decline the opportunity to speak and refer the inquiry to us. Also, please do not contact anyone from outside the company regarding this case.

* * * * *

If you have any questions regarding anything in this memorandum, please do not hesitate to contact us.

D.F. & D.H.E.