IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO TELEPHONE COMPANY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAN JUAN CABLE LLC d/b/a ONELINK COMMUNICATIONS, <br><br> *Defendant*. | Civil No. 11-2135-GAG-BJM |

**PLAINTIFF'S MOTION TO RESTRICT ACCESS TO EXHIBITS 1 AND 6 TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S URGENT MOTION FOR ORDER BARRING PLAINTIFF FROM RELYING ON OR USING THE UNAUTHORIZED SUPPLEMENTAL REPORT OF J. GREGORY SIDAK**

Plaintiff Puerto Rico Telephone Company("PRTC"), by and through undersigned counsel, hereby moves the Court for entry of an order restricting access to exhibits 1 and 6 attached to its Plaintiff's Opposition to Defendant's Urgent Motion (Dkt. No. 236).

On December 3, 2013, OneLink filed its Motion (Dkt. No. 234). OneLink did not attach a copy of the Supplemental Expert Report at issue to its Motion. PRTC's Opposition (Dkt. No. 236) refers to and attaches Mr. Sidak's Supplemental Report as Exhibit 1, as well as relevant portions of Mr. Sidak's Deposition as Exhibit 6. Both the Supplemental Report and deposition contain information marked "Highly Confidential – OCCO" pursuant to the Stipulated Protective Order Concerning Confidentiality entered in this case, (Dkt. No. 62), which requires that "[a]ll Confidential Information or Highly Confidential Information – OCCO filed with the Court shall be filed under seal pursuant to the procedures set forth in Fed. R. Civ. P. 5.2(d) and L.Cv.R. 5.2." (Protective Order at ¶ 20.).

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow the filing of Exhibits 1 and 6 to be restricted as an *ex parte* filing and under seal, pursuant to Standing Order No. 9, Misc. No. 03-149(ADC), and be filed under seal, pursuant to FED. R. CIV. P. 5.2(d).

DATED: December 5, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Dylan M. Carson* | */s/ Ricardo L. Ortin-Colon* |
| Dylan M. Carson | Ricardo L. Ortiz-Colon |
| Tucker Ellis LLP | Fiddler Gonzalez & Rodriguez, P.S.C |
| 4600 S. Ulster St., Suite 1325 | PO Box 363507 |
| Denver, CO 80237 | San Juan, PR 00936-3507 |
| 720 897-4371 | 787-759-3258 |
| Fax: 720 222-5242 | Fax: 787-250-7565 |
| dylan.carson@tuckerellis.com | rortiz@fgrlaw.com |

*Counsel for Plaintiff Puerto Rico Telephone Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2013, a copy of the foregoing plaintiff's **PLAINTIFF'S MOTION TO RESTRICT ACCESS TO EXHIBITS 1 AND 6 TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S URGENT MOTION FOR ORDER BARRING PLAINTIFF FROM RELYING ON OR USING THE UNAUTHORIZED SUPPLEMENTAL REPORT OF J. GREGORY SIDAK** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, including:

Orlando Fernandez
Orlando Fernandez Law Offices
Capital Center Building, South Tower
Arterial Hostos, PH-01 Suite 1204
San Juan, PR  00918-1477
ofernandez@oflawoffices.com

Thomas Demitrack
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114
tdemitrack@jonesday.com

Michael R. Shumaker
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
mrshumaker@jonesday.com

*Counsel for Defendant*


                                             /s/ *Dylan M. Carson*