UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO TELEPHONE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. 3:11-cv-02135-JAW ) |
| SAN JUAN CABLE COMPANY LLC d/b/a ONELINK COMMUNICATIONS, | ) ) ) |
| Defendant. | ) ) |

## J U D G M E N T

Pursuant to the Order Granting in Part and Denying in Part Defendant's First Motion for Summary Judgment (ECF No. 323) and the Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Cross Motion for Summary Judgment (ECF No. 324) entered by the Court on July 25, 2016;

JUDGMENT for the Defendant against the Plaintiff is hereby entered.

JOHN A. WOODCOCK, JR.
U.S. DISTRICT JUDGE

By: /s/Jennifer L. Gray
Deputy Clerk

Dated this 28th day of July, 2016.