# United States Court of Appeals
## For the First Circuit

No. 16-2132

PUERTO RICO TELEPHONE COMPANY, INC.,

Plaintiff, Appellant,

v.

SAN JUAN CABLE LLC,

Defendant, Appellee.

### JUDGMENT

Entered: October 31, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's orders granting summary judgment in favor of San Juan Cable LLC d/b/a OneLink are affirmed.

By the Court:
/s/ Margaret Carter, Clerk

cc:
Ricardo L. Ortiz-Colon
Luis A. Oliver-Fraticelli
Richard Alan Dean
Benjamin C. Sasse
Patrick J. Pascarella Jr.
Orlando Fernandez
Brian K. Grube
Jacob Roth
Michael R. Shumaker
Thomas Demitrack
John F. Nevares Padilla Sr.
Jose Alberto Morales-Boscio
Francisco J. Ramos-Martinez
Antonio J. Amadeo-Murga